# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Drew Hunthausen, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Buzzfeed, Inc., a Delaware corporation dba www.buzzfeed.com<br><br>**Defendant.** | Case No.   23-cv-900-AJB-WVG<br><br>**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE** |

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:   "Low-Numbered Case No.:   22-cv-1970-JES-DDL

Title:   Hunthausen v. Spine Media, LLC et al

Nature of Case:   Wrongful Disclosure of Video Tape Rental or Sales Records

The above "low-numbered" case and the present case appear:

- ☐ (1)  to arise from the same or substantially identical transactions, happenings or events; or
- ☒ (2)  involve the same or substantially the same parties or property; or
- ☒ (3)  involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- ☐ (4)  call for determination of the same or substantially identical questions of law; or
- ☐ (5)  where a case is refiled within one year of having previously been terminated by the Court; or
- ☒ (6)  for other reasons would entail unnecessary duplication of labor if heard by different judges.

**New Case #:**   23-cv-900-JES-DDL

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated:   5/17/23          By:  s/ M. Quinata

M. Quinata, Deputy

### ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:   May 17, 2023

James E. Simmons, Jr
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge James E. Simmons, Jr and Magistrate Judge David D. Leshner for all further proceedings.

Dated:   5/18/23

Anthony J. Battaglia
United States District Judge